IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
SONYA FRAZIER
Civil Case # 1:18-cv-02581-RLY-TAB

**UNOPPOSED MOTION TO EXTEND THE PAGE LIMIT TO RESPOND TO COOK'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO CMO-28**

Under CMO-28 [Dkt. 14601], this Court restricted Plaintiff's responses to Defendants' Federal Rule of Civil Procedure 12[c] motions to three [3] pages. Counsel for Plaintiff, Sherilyn Pinder, who has conferred with Defendants regarding this matter, request an Order from the Court regarding the following:

The page limit for Plaintiff's response to Cook's Motion for Judgement on the [Doc. 21171] be extended an additional three pages to accommodate the issues already raised in previous cases before this Court, as well as provide additional case law and reasoning, regarding the Pennsylvania Statute of Limitations.

Three pages is inadequate to respond to all of defendants' arguments, issues raised, and discuss the additional case law supporting plaintiff's opposition to Defendant's motion to dismiss. Plaintiff must address a myriad of complex issues such as failure to state a claim, the issues of

statute of limitations, express warranty, equitable tolling, and the adequacy of the pleadings.[1] Here, the preliminary response contains additional case law, and factual distinctions that respectfully, the Court has not previously been presented with and which were not addressed in Defendants' Motion. Defendants wish to dismiss this case based on initial pleadings before any case-specific fact discovery is obtained. Plaintiff will be unduly prejudiced if she is not allowed to present these arguments to the Court. Plaintiff, through her counsel has conferred with Defendants, and they do not object to this motion.

Attached hereto, Plaintiff respectfully submits her "Proposed Response in Opposition to Defendant's Motion for Judgement Under CMO-28" as an exhibit.

Plaintiff respectfully requests that the Court grant Plaintiff's "Unopposed Motion to Extend the Page Limit to Respond to Cook's Motion for Judgement Pursuant to CMO-28" and deem Plaintiff's Response filed instanter. A Proposed Order is attached.

If the Court rejects Plaintiff's motion, then Plaintiff requests an extension of time to respond with a three-page Response.

Respectfully submitted this 7th day of March 2022.

                                                            Respectfully submitted,

                                                            *s/ Monte Bond*  
                                                            Monte Bond TX No. 02585625  
                                                            Jessica Glitz TX No. 24076095  
                                                            **Tautfest Bond, PLLC**  
                                                            5151 Belt Line Rd., Suite 1000  
                                                            Dallas, TX 75254  
                                                            Phone: (214) 617-9980  
                                                           Facsimile: (214) 853-4281  
                                                           Email: mbond@tbtorts.com  
                                                           Email: jglitz@tbtorts.com  
                                                           ***Attorneys for Plaintiff***

---

[1] Under S.D. Ind. L.R. 7-1[e][1] Response briefs are normally allowed thirty-five [35] pages with additional pages granted upon the Court's approval.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                                                                      */s/Monte Bond*
                                                                                      Monte Bond